6-11-2024

RE: Civil Action No. 4:24-cv-217-O
Joshua Maria Holland

v

Warden Rale

[stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN 18 2024 CLERK, U.S. DISTRICT COURT By _____ Deputy]

Honorable Judge Reed O'Connor

I am requesting to be allowed
to submit a response letter I just
received from Senator Marco Rubio
and the BOP's resopse to the Senator.
This letter and response will speak of
the assault and show a clear timeline
to how long they kept me in retaliation
and wouldn't mae me unhl my mom
reached out to Senator Rubio's office. Only
after his inquiry was sent was I moved.
I ask the court to grant me the ability
to mail in the Supplements with explanation.

Sincerely
Joshua Holland
73012018
Marianna Camp

Joshua Holland
73612018
Federal Prison Satellite Camp
  Marianna
PO Box 7006
Marianna, Fl 32447



RECEIVED
JUN 18 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PENSACOLA FL 325
13 JUN 2024  PM 1

FOREVER / USA

United States District Court
      Office of the Clerk
   Northern District of Texas
   501 West Tenth St, Room 310
   Fort Worth TX 76102

76102-975999